1 Young Cho
Attorney at Law: 189870
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail: young_rohlfing.office@speakeasy.net

Attorneys for Plaintiff
Kim L. Mays Eason

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| KIM L. MAYS EASON, | Case No.: 1:10-cv-00137 SMS |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses pursuant to the Stipulation executed by the parties.

IT IS SO ORDERED.

DATE:   7/20/2010

/s/ Sandra M. Snyder
THE HONORABLE Sandra M. Snyder,
UNITED STATES MAGISTRATE JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com